UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:      ELVIS LAVERNE BOLING      Case No. 14-10951 JGR
Chapter 7

Debtor(s)

---

DEBTOR'S NOTICE TO CONVERT CASE FROM
CHAPTER 13 TO CHAPTER 7

---

Comes now the Debtor(s), by and through Counsel of record, Matt McCune, pursuant to 11 U.S.C. § 1307(a), hereby elects to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtor(s) is entitled to conversion of this case because:

1. This case, filed on 1/30/14, is a case under Chapter 13 of the Bankruptcy Code.
2. Debtor is eligible to be a Debtor under Chapter 7.
3. Debtor desires to convert to Chapter 7 to seek relief under 11 U.S.C. Section 727.
4. Debtor has lost his job and is now unable to afford Chapter 13 plan payments.

WHEREFORE, the Debtor(s) prays for relief under Chapter 7 of the Bankruptcy Code.

Dated this 8th day of August, 2018.

*/s/ Matt McCune*
Matt McCune
Attorney for Debtor(s)
3900 E Mexico Ave.
Suite 300
Denver, CO 80210
Phone 303-759-0728
matt@mccunelegal.com